UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REAL SELLING GROUP, LLC<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ESN GROUP, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-01468-NRB |

**STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

　　　　Plaintiff Real Selling Group, LLL ("Plaintiff") and Defendant ESN Group, Inc. ("Defendant") jointly the "Parties"), by and through their respective counsel, stipulate as follows

　　　　**WHEREAS**, the Parties participated in a pre-motion telephonic conference with the Court on June 16, 2020 regarding Defendant's request to file a motion to dismiss for lack of personal jurisdiction;

　　　　**WHEREAS**, during the telephonic conference the Court brought to the Parties' attention a prior authority on the issues raised by the proposed motion and directed that the Parties should provide the Court with a proposed briefing schedule if the Parties determined to proceed with the motion after consideration of the cited authority;

　　　　**WHEREAS,** the Parties have conferred and have reached agreement on a proposed schedule for briefing on Defendant's motion to dismiss for submission to the Court;

　　　　**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that:

　　　　1. Defendant's moving papers in support of its motion to dismiss shall be filed on or before August 11, 2020.

2. Plaintiff's memorandum of law in opposition to Defendant's motion to dismiss shall be filed on or before September 11, 2020.

3. Defendant's reply memorandum of law in further support of its motion to dismiss shall be filed on or before September 22, 2020.

Dated: July 23, 2020                                            Respectfully Submitted,


Signature: /s/ Stephen E. Paffrath
Stephen E. Paffrath
Diesch Law Group, APC
2207 Plaza Drive, Suite 300
Rocklin, CA 95765
(916) 740-6470
stephen@dieschlawgroup.com
Attorneys for Defendant


Dated: July 23, 2020                                            Signature: /s/ Adam E. Engel
Adam E. Engel
The Engel law Group, PLLC
280 Madison Avenue, Suite 705
New York, NY 10016
(216) 665-8095
aee@elgpllc.com
Attorneys for Plaintiff


IT IS SO ORDERED.

DATED: __July 27, 2020__                                         Hon.  Naomi Reice Buchwald

2