UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REAL SELLING GROUP, LLC

                          Plaintiff,

        v.

ESN GROUP, INC.,

                          Defendant.

Civil Action No. 1:20-cv-01468-NRB

**STIPULATION AND ORDER**
**EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

Plaintiff Real Selling Group, LLC ("Plaintiff") and Defendant ESN Group, Inc.

("Defendant") (jointly the "Parties"), by and through their respective counsel, stipulate as

follows

**WHEREAS**, the Parties previously stipulated to, and the Court so-ordered, a briefing

schedule for Defendant's Motion to Dismiss, which set September 11, 2020 as the date for

Plaintiff's opposition brief, and September 22, 2020 as the date for Defendant's reply brief;

**WHEREAS**, Defendant has agreed to Plaintiff's request to ask the Court to further

extend the date for Plaintiff's opposition brief from September 11 to September 25, and

Defendant's reply brief from September 22 to October 6; and

**WHEREAS**, the Parties have not previously requested an extension from the Court on

this motion,

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that:

1. Plaintiff's response to Defendant's Motion to Dismiss shall be filed on or before
   September 25, 2020.

2.  Defendant's reply in further support of its Motion shall be filed on or before October 6, 2020.

Dated: September 10, 2020

Respectfully Submitted,

Signature: */s/ Adam E. Engel*
Adam E. Engel
The Engel law Group, PLLC
280 Madison Avenue, Suite 705
New York, NY 10016
(216) 665-8095
aee@elgpllc.com
Attorneys for Plaintiff

Signature:  */s/ Stephen E. Paffrath*
Stephen E. Paffrath
Diesch Law Group, APC
2207 Plaza Drive, Suite 300
Rocklin, CA 95765
(916) 740-6470
stephen@dieschlawgroup.com
Attorneys for Defendant

IT IS SO ORDERED.

DATED: _September 10, 2020_____          _____

Hon.   Naomi Reice Buchwald