**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
REAL SELLING GROUP LLC,

                Plaintiff,

   -against-                              20 **CIVIL** 1468 (NRB)

                                          **JUDGMENT**

ESN GROUP, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 12, 2021, ESN's motion to dismiss for lack of personal jurisdiction is granted and Real Selling's cross-motion to amend is denied; accordingly, the case is closed.

**Dated:**  New York, New York
           February 16, 2021

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                      **BY:**
                                                     **Deputy Clerk**